UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cr-557-LDG-RJJ |
| ) | |
| vs. ) | |
| ) | |
| JIMMY ARELLANO, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter came before the Court for a hearing concerning the Government's suggestion of a potential conflict of interest between Defendant Jimmy Arellano, and his current attorney, Leslie Park. (#79). Following the hearing, Defendant Jimmy Arellano's attorney, Leslie Park submitted additional information, including a waiver of any conflict signed by the Defendant, Jimmy Arellano. (#82).

Based on the record before the court, no evidence of actual conflict exists. Attorney Leslie Park, can continue to represent Defendant Jimmy Arellano.

DATED this __11th__ day of August, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge