```
           FILED              RECEIVED
           ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

               DEC 2 8 2011

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-557-LDG (RJJ) |
| JIMMY ARELLANO, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT JIMMY ARELLANO

On August 29, 2011, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Sections 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Sections 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant JIMMY ARELLANO, to the United States of America. Docket #102.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#102) is final as to defendant JIMMY ARELLANO.

DATED this 28 day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE