# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMY ARELLANO,<br><br>    Defendant. | Case No. 2:10-cr-00557-LDG<br><br>**ORDER** |

A review of the Court's docket indicates the below motion remains outstanding but has been rendered moot, therefore

THE COURT **ORDERS** that Defendant Jimmy Arellano's Motion for Extension of Time to Surrender (#125) is DENIED.

DATED this 23 day of May, 2014.

_____
Lloyd D. George
United States District Judge